McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOKHUN MEY,<br><br>　　　　　Defendant. | CASE NO. CR.S-05-134 LKK<br><br>**GOVERNMENT'S MOTION TO DISMISS ALL CHARGES; ORDER** |

　　　The government moves to dismiss the pending one-count indictment and underlying complaint against defendant Sokhun Mey, as to the present pending charge of felon in possession of firearm in violation of 18 U.S.C. § 922(g)(1).  Further research has determined that this defendant has <u>not</u> been previously convicted of a felony offense.  It turns out that there are two persons named "Sokhun Mey" with a date of birth of 1/4/73 in the California criminal history indexing system.  It was the other "Sokhun Mey" who had the previous felony convictions listed in the indictment.  It was only via fingerprint comparisons that it was established that the defendant in this case is not the Sokhun Mey who was arrested in December of 1993 and convicted of multiple counts of robbery, evading a peace officer causing serious injury and hit and run.

　　　This dismissal should be without prejudice because this is not a dismissal on the merits.  The defendant in this case could still be prosecuted in state court for possession of the firearm that forms the basis for the present offense (e.g., carrying a concealed weapon in violation of California law).  Dismissing this case with prejudice could prevent that case from going forward.   Therefore, it is

requested that the Indictment in this case filed March 31, 2005, and the complaint filed March 25, 2005, be dismissed without prejudice, except that the government is prohibited from further charging the defendant with the specific charge of felon- in- possession of firearm in violation of 18 U.S.C. § 922(g)(1), involving his conduct on March 15, 2005 in San Joaquin County, California, as set forth in the Complaint.   Government counsel has contacted defense counsel, and she has no objection to the dismissal under these terms.

Dated:  April 21, 2005

          McGREGOR W. SCOTT
          U.S. Attorney

      by
          RICHARD J. BENDER
          Assistant U.S. Attorney

It is so ORDERED,

this 25th  day of April, 2005

       /s/ Lawrence K. Karlton
       LAWRENCE K. KARLTON
       Senior, U.S. District Judge